MOLLIE RARICK, as Administratrix, etc., Appellant, v. WILLIAM S. McMILLAN, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

MARTIN T. WILLIAMSON, for Himself and All Others Similarly Situated, Respondent, v. CHARLES SALMON, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers on appeal by February sixteenth, pay to respondent's attorneys ten dollars and be ready for argument at opening of March term.

RANSOMVILLE BASKET COMPANY, Appellant, v. W. H. MANDEVILLE COMPANY, INC., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Admitted to practice at the January, 1920, term: Upon examination: RAYMOND A. KNOWLES, of Niagara Falls; ALPHEUS R. PHELPS, of Niagara Falls; HERBERT J. RAMBERT, of Rochester.